UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: PULGAR, MAXIMILIANO

Case No.: 17-10167
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __03/13/17__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
14 Old Stage Rd.
East Brunswick, NJ
Value: $232,000.00

Liens on property: M & T Bank - $213,744.00

Amount of equity claimed as exempt: $18,256.00

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:
Maximiliano Pulgar
     Debtor

Case No. 17-10167-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 07, 2017
                        Form ID: pdf905    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
```
db             +Maximiliano Pulgar,   14 Old Stage Road,   East Brunswick, NJ 08816-4790
516579358       American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
516579360      +Amparo Pulgar,   Ford, NJ 08863
516579359      +Amparo Pulgar,   Fords, NJ 08863
516579361      +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
516579364      +Bureaus Investment Group,   650 Dundee Rd,   Suite 370,   Northbrook, IL 60062-2757
516579365      +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
516579369      +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
516579374      +Lumino Financial Management,   2472 Chambers Road,   Suite 210,   Tustin, CA 92780-6954
516579377      +Macys,   PO Box 9001094,   Louisville, KY 40290-1094
516579380      +Selip & Stylianou LLP,   199 Crossways Park Drive,   Woodbury, NY 11797-2016
516579381      +St Peters Hospital,   254 Easton Avenue,   New Brunswick, NJ 08901-1766
516579383       United Health Care,   PO Box 713819,   East Brunswick, NJ 08816
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516579371      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:34      Carecredit/Synchrony Bank,
                 140 Wekiva Springs Road,   Longwood, FL 32779-3604
516579372      +E-mail/Text: mrdiscen@discover.com Feb 07 2017 22:39:45      Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
516579373      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:40      JC Penney/Synchrony Bank,
                 PO Box 960090,   Orlando, FL 32896-0090
516579375       E-mail/Text: camanagement@mtb.com Feb 07 2017 22:40:22      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
516579376       E-mail/Text: camanagement@mtb.com Feb 07 2017 22:40:22      M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21264
516579379      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:34      PC Richard & Son (Synchrony Bank),
                 PO Box 960061,   Orlando, FL 32896-0061
516579378      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:44      Paypal Smart,   PO Box 965004,
                 Orlando, FL 32896-5004
516579382      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:40      TJ Maxx,   PO Box 530949,
                 Atlanta, GA 30353-0949
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516579362*     +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
516579363*     +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
516579370*     +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
516579366*     +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
516579367*     +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
516579368*     +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
                                                                                  TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Feb 07, 2017
                              Form ID: pdf905            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
    Barry R. Sharer  on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
     BSharer@SharerPBS.com;nj83@ecfcbis.com
    Barry R. Sharer  CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
    Bong June Kim  on behalf of Debtor Maximiliano  Pulgar bjkim@kimbae.com, kimbaecompany@gmail.com
    Denise E. Carlon  on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    U.S. Trustee.  USTPRegion03.NE.ECF@usdoj.gov
                                               TOTAL: 5