**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maximiliano Pulgar<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3039<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10167–MBK | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maximiliano Pulgar

4/7/17                                                                              **By the court:**  Michael B. Kaplan
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Maximiliano Pulgar
      Debtor

Case No. 17-10167-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Apr 07, 2017
                  Form ID: 318     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.

```
db             +Maximiliano Pulgar,    14 Old Stage Road,    East Brunswick, NJ 08816-4790
516579360      +Amparo Pulgar,    Ford, NJ 08863
516579359      +Amparo Pulgar,    Fords, NJ 08863
516579364      +Bureaus Investment Group,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
516579374      +Lumino Financial Management,    2472 Chambers Road,    Suite 210,    Tustin, CA 92780-6954
516579377      +Macys,    PO Box 9001094,    Louisville, KY 40290-1094
516579380      +Selip & Stylianou LLP,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
516579381      +St Peters Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
516579383       United Health Care,    PO Box 713819,    East Brunswick, NJ 08816
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2017 22:46:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2017 22:46:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516579358       EDI: AMEREXPR.COM Apr 07 2017 22:28:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
516579361      +EDI: BANKAMER.COM Apr 07 2017 22:33:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
516579369      +EDI: CAPITALONE.COM Apr 07 2017 22:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516579365      +EDI: CAPITALONE.COM Apr 07 2017 22:28:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
516579371      +EDI: RMSC.COM Apr 07 2017 22:33:00      Carecredit/Synchrony Bank,    140 Wekiva Springs Road,
                 Longwood, FL 32779-3604
516579372      +EDI: DISCOVER.COM Apr 07 2017 22:28:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
516579373      +EDI: RMSC.COM Apr 07 2017 22:33:00      JC Penney/Synchrony Bank,    PO Box 960090,
                 Orlando, FL 32896-0090
516579375       E-mail/Text: camanagement@mtb.com Apr 07 2017 22:46:13      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
516579376       E-mail/Text: camanagement@mtb.com Apr 07 2017 22:46:13      M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264
516579379      +EDI: RMSC.COM Apr 07 2017 22:33:00      PC Richard & Son (Synchrony Bank),    PO Box 960061,
                 Orlando, FL 32896-0061
516579378      +EDI: RMSC.COM Apr 07 2017 22:33:00      Paypal Smart,    PO Box 965004,    Orlando, FL 32896-5004
516579382      +EDI: RMSC.COM Apr 07 2017 22:33:00      TJ Maxx,    PO Box 530949,    Atlanta, GA 30353-0949
                                                                                                TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
516579362*     +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
516579363*     +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
516579370*     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516579366*     +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
516579367*     +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
516579368*     +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
                                                                                         TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 07, 2017
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:

```
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer     CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          Bong June Kim     on behalf of Debtor Maximiliano  Pulgar bjkim@kimbae.com,   kimbaecompany@gmail.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```